UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| WALTER FRANCISCO AYALA SANCHEZ, | § § § | |
| Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-01185 |
| WARDEN WEBB COUNTY DETENTION CENTER, *et al.*, | § § § § | |
| Respondents. | § § | |

## ORDER

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). On July 2, 2026, the Court ordered Respondents to respond to the Petition by July 9, 2026 and ordered Petitioner to reply to Respondents' response by July 13, 2026. (Dkt. 6.) Respondents submitted a timely Response and Motion for Summary Judgment, (Dkt. 8), but Petitioner failed to reply.

Additionally, on July 2, 2026, the Court granted Petitioner's Motion for Counsel to Appear Pro Hac Vice and provided Petitioner's Counsel with instructions to request Texas Southern CM/ECF registration through PACER. (*See* Dkt. 7.) It appears that Petitioner's Counsel has failed to register through PACER and may not have received the Court's prior scheduling order issued July 2, 2026.

Accordingly, the **Clerk of Court is ORDERED to mail a copy** of **this Order**, the Court's Order setting a deadline for Petitioner's Counsel to reply, (**Dkt. 6**), and the Court's Order granting Petitioner's Motion to Appear Pro Hac Vice, (**Dkt. 7**), via any receipted means to Petitioner and Petitioner's Counsel at the following addresses:

**David Stoller - Law Offices of David Stoller, PA**

1 / 2

**4445 Conway Rd.**
**Orlando, Florida 32812**

**Walter Francisco Ayala Sanchez**
**A#209986677**
**Webb County Detention Center**
**9998 S Highway 83**
**Laredo, Texas 78041**

Should Petitioner choose to file a reply to Respondent's Response, he must do so **by**

**August 17, 2026.**

**IT IS SO ORDERED.**

SIGNED this July 31, 2026.

_____
Diana Saldaña
United States District Judge